1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Oscar Martinez-Martinez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA,        ) | Case No. 08mj0858
                                      )
12 |         Plaintiff,                 )
                                      )
13 | v.                                ) | **CERTIFICATE OF SERVICE**
                                      )
14 | OSCAR MARTINEZ-MARTINEZ,          )
                                      )
15 |         Defendant.                )
   |_____    )
16

17        Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                           U.S. Attorney CR
                          Efile.dkt.gc2@usdoj.gov
19

20                                     Respectfully submitted,

21

22 DATED:     March 24, 2008           /s/ Elizabeth M. Barros
                                       **ELIZABETH M. BARROS**
23                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Oscar Martinez-Martinez
24

25

26

27

28