FILED
APR 17 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Criminal Case 08CR1211-JM

UNITED STATES OF AMERICA,  ) 
         Plaintiff,  ) **I N F O R M A T I O N**
           )
   v.  ) Title 18, U.S.C., Sec. 1001 –
           ) False Statement to a Federal
OSCAR RUIZ-FLORES  ) Officer
aka OSCAR MARTINEZ-MARTINEZ,  )
         Defendant.  )

The United States Attorney charges:

On or about March 18, 2008, within the Southern District of California, defendant OSCAR RUIZ-FLORES, a/k/a GVM OSCAR MARTINEZ-MARTINEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was LUCIANO MUNOZ-TORRES, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: April 17, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

San Diego
4/15/08