AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| OSCAR RUIZ-FLORES<br>aka OSCAR MARTINEZ-MARTINEZ | CASE NUMBER: 08CR1211-JM |

FILED
APR 17 2008
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

I, OSCAR RUIZ-FLORES aka OSCAR MARTINEZ-MARTINEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

OSCAR RUIZ-FLORES
aka OSCAR MARTINEZ-MARTINEZ
Defendant

ELIZABETH M. BARROS
Counsel for Defendant

Before _____
JUDICIAL OFFICER